1/29/2015
Envelope Details

Print this page

# Case # PD-1611-14

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 01/26/2015 05:03:30 PM |
| Case Number | PD-1611-14 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Clement Dunn |
| Firm Name | Clement Dunn |
| Filed By | Clement Dunn |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Clement Dunn |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 6431093 |
| Order # | 003905332-0 |

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Petition for Discretionary Review |
| Filing Description | |
| Reference Number | |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
|---|---|---|
| Other | 01/29/2015 02:07:42 PM | The petition for discretionary review does not contain a certification in compliance with T.R.A.P. 9.4(i)(3). Counsel's petition indicates that ???? words are contained in the document. You have ten days to tender a corrected petition for discretionary review. |

## Documents

*Lead Document*        A. Strange PDR.pdf        [Original]